In the United States District Court
For The District Of Maryland

DEC 04 2000

Margaret Sanders

    Plaintiff

v.                                    Civil Action No. WMN-00-3434

Guardian Life Insurance Company, et al

    Defendants

*****************

## STRIKE AND ENTRY OF APPEARANCE

Mr. Clerk:

    Please strike the appearance of **Kelly A. Bruton** and enter the appearance of **Lon C. Engel** and **Engel & Engel, P.A.** as attorney for the Plaintiff, **Margaret Sanders**, relative to the above captioned matter.

                                                    ENGEL & ENGEL, P.A.

                                                    Lon C. Engel, #02470
                                                    11 East Lexington Street
                                                    Suite 200
                                                    Baltimore, Maryland 21202
                                                    (410)727-5095

## CERTIFICATE OF MAILING

    I hereby certify that on this _____ day of December, 2000, a copy of the aforegoing Entry of Appearance was mailed to John M.G. Murphy, Esquire, **Ober, Kaler, Grimes & Shriver**, 120 East Baltimore Street, Baltimore, Maryland 21202, Attorney for Alpharma; Alfred F. Belcuore, Esquire, MONTEDONICO, HAMILTON & ALTMAN, P.C., 5454 Wisconsin Avenue, N.W., Suite 1300, Chevy Chase, Maryland 20815, Attorney for Hartford; and to Jodie E. Bekman, Esquire, **Piper, Marbury, Rudnick & Wolfe**, 6225 Smith Avenue, Baltimore, Maryland 21209, Attorney for Guardian.

                                                    ENGEL & ENGEL, P.A.

                                                    Lon C. Engel, #02470

                                                    Attorney for Plaintiff

