**In The United States District Court
For The District Of Maryland**

FILED
US DISTRICT COURT
DISTRICT OF MARYLAND
2001 JAN 30 P 3:31

| | |
|---|---|
| Margaret Sanders | * |
| Plaintiff | * |
| v. | * Case No. WMN0-3434 |
| The Guardian Life Insurance Company of America, et al | * |
| Defendants | * |

*******************

### ORDER

Upon Plaintiff's Motion to Amend Complaint, it is hereby this __30th__ day of __January__, 2001, by the United States District Court for the District of Maryland,

**ORDERED**, that Plaintiff's Motion is hereby **GRANTED**.

_____
**JUDGE**
United States District Court for the
Distict of Maryland