UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET SANDERS,               *

    Plaintiff,              *

v.                              *

THE GUARDIAN LIFE INSURANCE     *   Case No. WMN-00-3434
COMPANY OF AMERICA, et al.,
                                *
    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \*

### STIPULATION FOR EXTENSION OF TIME

Plaintiff Margaret Sanders and defendants The Guardian Life Insurance Company of America, The Hartford Life and Accident Insurance Company and Alpharma USPD Inc., by their undersigned counsel, hereby stipulate to an extension of the time during which these defendants must respond to the Amended Complaint through and including April 30, 2001.

| | |
|---|---|
| Lon C. Engel<br>Engel & Engel, P.A.<br>11 East Lexington Street,<br>Suite 200<br>Baltimore, MD 21202<br><br>Attorney For Plaintiff<br>Margaret Sanders | C. Kevin Kobbe<br>Piper, Marbury, Rudnick &<br> Wolfe<br>6225 Smith Avenue<br>Baltimore, MD 21209<br><br>Attorney for Defendant The<br>Guardian Life Insurance<br>Company of America |

JMM 668496.1 3/29/01 4:32 PM



MAR 29 '01 21:06 FR PMR + W          410 576 1700 TO 6045#1#6#1410547 P.02/02
MAR-29-2001 17:11       OBER/KALER              410 547 0699    P.04/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET SANDERS,                *

    Plaintiff,                   *

v.                               *

THE GUARDIAN LIFE INSURANCE      *   Case No. WMN-00-3434
COMPANY OF AMERICA, et al.,
                                 *
    Defendants.

*  *  *  *  *  *  *  *  *  *  *  *  *

### STIPULATION FOR EXTENSION OF TIME

Plaintiff Margaret Sanders and defendants The Guardian Life Insurance Company of America, The Hartford Life and Accident Insurance Company and Alpharma USPD Inc., by their undersigned counsel, hereby stipulate to an extension of the time during which these defendants must respond to the Amended Complaint through and including April 30, 2001.

```
_____        _____ 3/29/2001
Lon C. Engel                          C. Kevin Kobbe
Engel & Engel, P.A.                   Piper, Marbury, Rudnick &
11 East Lexington Street,               Wolfe
Suite 200                             6225 Smith Avenue
Baltimore, MD  21202                  Baltimore, MD  21209

Attorney For Plaintiff                Attorney for Defendant The
Margaret Sanders                      Guardian Life Insurance
                                      Company of America
```

JMM 668496.2 3/29/01 4:32 PM

** TOTAL PAGE.02 **

3-30-2001 11:05AM   FROM                                    P.2
MAR-29-2001  17:14      OBER/KALER              410 547 0699   P.04/05

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET SANDERS,                  *

    Plaintiff,                    *

v.                                 *

THE GUARDIAN LIFE INSURANCE        *   Case No. WMN-00-3434
COMPANY OF AMERICA, et al.,
                                   *
    Defendants.

*   *   *   *   *   *   *   *   *   *   *   *   *

### STIPULATION FOR EXTENSION OF TIME

Plaintiff Margaret Sanders and defendants The Guardian Life Insurance Company of America, The Hartford Life and Accident Insurance Company and Alpharma USPD Inc., by their undersigned counsel, hereby stipulate to an extension of the time during which these defendants must respond to the Amended Complaint through and including April 30, 2001.

_____
Lon C. Engel
Engel & Engel, P.A.
11 East Lexington Street,
Suite 200
Baltimore, MD 21202

Attorney For Plaintiff
Margaret Sanders

_____
C. Kevin Kobbe
Piper, Marbury, Rudnick &
 Wolfe
6225 Smith Avenue
Baltimore, MD 21209

Attorney for Defendant The
Guardian Life Insurance
Company of America

JMK 668496.1 3/29/01 4:32 PM

_/s/ Alfred F. Belcuore_
Alfred F. Belcuore
Montedonico, Hamilton & Altman
5454 Wisconsin Avenue, Suite 1300
Chevy Chase, MD  20815

Attorney for Defendant
Hartford Life and Accident
Life Insurance Company

_/s/ John M.G. Murphy_
John M.G. Murphy
Ober, Kaler, Grimes & Shriver
120 E. Baltimore St.
Baltimore, MD  21202

Attorney for Defendant
Alpharma USPD Inc.


SO ORDERED this __4th__ day of __April__, 2001.

_/s/ William M. Nickerson_
William M. Nickerson
United States District Judge