UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARGARET SANDERS,                   *

      Plaintiff,              *

v.                                  *

THE GUARDIAN LIFE INSURANCE         *   Case No. WMN-00-3434
COMPANY OF AMERICA, et al.,
                                    *
      Defendants.

*   *   *   *   *   *   *   *   *   *   *   *   *

## STIPULATION FOR EXTENSION OF TIME

Plaintiff Margaret Sanders and defendants The Guardian Life Insurance Company of America, The Hartford Life and Accident Insurance Company and Alpharma USPD Inc., by their undersigned counsel, hereby stipulate to an extension of the time during which these defendants must respond to the Amended Complaint through and including April 30, 2001.

_____          _____
Lon C. Engel  /JMM by permission   C. Kevin Kobbe  /JMM by permission
Engel & Engel, P.A.                Piper, Marbury, Rudnick &
11 East Lexington Street,           Wolfe
Suite 200                          6225 Smith Avenue
Baltimore, MD  21202               Baltimore, MD  21209

Attorney For Plaintiff             Attorney for Defendant The
Margaret Sanders                   Guardian Life Insurance
                                   Company of America

JMM 668496.1 3/29/01 4:32 PM

_____ /JMGM by permission    _____
Alfred F. Belcuore                              John M.G. Murphy
Montedonico, Hamilton &                         Ober, Kaler, Grimes &
Altman                                          Shriver
5454 Wisconsin Avenue,                          120 E. Baltimore St.
Suite 1300                                      Baltimore, MD  21202
Chevy Chase, MD  20815
                                                Attorney for Defendant
Attorney for Defendant                          Alpharma USPD Inc.
Hartford Life and Accident
Life Insurance Company


SO ORDERED this ___1st___ day of ___May___, 2001.

                                _____
                                William M. Nickerson
                                United States District Judge

JMM 668496.1 3/29/01 4:32 PM