IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **MARGARET SANDERS** | * | |
| Plaintiff | * | |
| vs. | * | |
| | | **Civil No.: WMN-00-3434** |
| **THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA** | * | |
| | * | |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY** | * | |
| **ALPHARMA USPD, INC.** | * | |
| **ALPHARMA EMPLOYEE BENEFITS PLAN** | * | |
| Defendants | * | |

******

## ORDER

Plaintiff having failed to serve the summons and amended complaint upon defendant **Alpharma Employee Benefits Plan** within 120 days after the filing of the amended complaint; and the three remaining defendants having entered into a stipulation for extension of time for said defendants to respond to the amended complaint through and including April 30, 2001; and the Court file reflecting that the only defendant who has answered the amended complaint is The Guardian Life Insurance Company of America it is, this _18th_ day of _June_ 2001.

ORDERED:

1. That plaintiff show good cause within 14 days of the date of this order why this matter should not be dismissed as to defendant **Alpharma Employee Benefits Plan,** without prejudice, pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.;

2. That plaintiff is directed to file a status report, also within 14 days of the date of this Order, advising the Court of the status of defendants **Hartford Life and Accident Insurance Company** and **Alpharma USPD, Inc.**; and

3. That the Clerk MAIL or TRANSMIT copies of this Order to counsel of record.

William M. Nickerson
United States District Judge