**ENGEL & ENGEL, P.A**
*Attorneys at Law*
11 East Lexington Street, Suite 200
Baltimore, Maryland 21202
410-727-5095
Fax (410) 727-1830

e-mail: engellaw@erols.com

Paul B. Engel +
Lon C. Engel + *
Kelly A. Bruton**

+ Also Admitted in D.C.
* Also Admitted in FL
** Also Admitted in PA

Legal Assistant/Office Manager
Penny Definbaugh

Legal Assistant
Kimberly E. Blair

July 10, 2001

Honorable William M. Nickerson
United State District Judge
U. S. District Court
101 Lombard Street
Baltimore, Maryland 21201

      RE: Sanders v. The Guardian Life Insurance Co.
         of America, et al.
         Case No. 00 CV 3434

Dear Judge Nickerson:

  This is to advise that one of the co-defendants in the above matter, Guardian Life Insurance Company, has agreed to accept the payment of the life insurance claim in this matter.

  Counsel for Guardian has forwarded to my office the necessary forms for completion by the Plaintiff. We hope to have this matter resolved in the immediate future.

  Therefore, with the courts consent we would request a stay of compliance with the scheduling order as it does not appear that litigation shall be necessary.

  Thanking you, I am

           Very truly yours,
           ENGEL & ENGEL, P.A.

           Lon C. Engel

LCE:pad
cc: Kevin Kobbe
   Alfred Belcuore
   John M.G. Murphy

*APPROVED*
*July 16, 01*
*William Nickerson*

Florida Office
4748 S. Ocean Blvd #15A
Highland Beach, FL 33487
By Appointment Only

New York Office
70 Lafayette Street
New York, NY 10013
By Appointment Only

Arbutus Office
5300 East Drive
Arbutus, MD 21227
By Appointment Only

PLEASE DIRECT ALL CORRESPONDENCE TO THE BALTIMORE MARYLAND OFFICE