RECEIVED
OCT 4 2001
JUDGE WILLIAM M. NICKERSON

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 OCT -4 P 2: 44
CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| MARGARET SANDERS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. WMN-00-3434 |
| THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA and HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY and ALPHARMA USPD, INC., | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Margaret Sanders, by her undersigned counsel, and Defendants The Guardian Life Insurance Company of America, Hartford Life and Accident Insurance Company and Alpharma USPD, Inc., by their undersigned counsel, HEREBY STIPULATE AND AGREE that this action be DISMISSED WITH PREJUDICE.

DATE: September ___, 2001

_____
Lon C. Engel (Bar No. 02470)
ENGEL & ENGEL, P.A.
11 East Lexington Street, Suite 200
Baltimore, Maryland 21202
(410) 727-5095
Counsel for Margaret Sanders

_____
C. Kevin Kobbe (Bar No. 07968)
PIPER MARBURY RUDNICK & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209
(410) 580-3000
Counsel for The Guardian Life Insurance
  Company of America

OCT - 4

- 2 -

_____
Alfred F. Belcuore (Bar No. 22466)
MONTEDONICO, HAMILTON & ALTMAN
5454 Wisconsin Avenue, Suite 1300
Chevy Chase, Maryland 20815
(301) 652-7332
Counsel for Hartford Life and Accident
    Insurance Company

_____
John M.G. Murphy (Bar No. 03811)
OBER, KALER, GRIMES & SHRIVER
120 East Baltimore Street
Baltimore, Maryland 21202
(410) 685-1120
Counsel for Alpharma USPD, Inc.

## ORDER APPROVING STIPULATION

The foregoing Stipulation of Dismissal with Prejudice is hereby APPROVED this **4th** day of **October**, 2001, by the United States District Court for the District of Maryland.

SO ORDERED:

_____
William M. Nickerson
United States District Judge

361262